IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:

JAMES T. BASS AND
EMILY A. BASS,

Debtor(s).

Chapter 7
Case No. 18-61043

### NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT

Andrew S. Goldstein, chapter 7 trustee herein, intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you object to the Trustee's intended abandonment, or if you want the Court to consider yours views on the matter, then on or before <u>August 26, 2020</u>, you or your attorney must:

1. File with the Court a written objection to the abandonment and a request for hearing at:

   James W. Reynolds, Clerk of Court
   US Bankruptcy Court, WDVA
   1101 Court Street, Room 166
   Lynchburg, VA 24504

   If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2. You must also mail a copy to:

   | | |
   |---|---|
   | Office of the U.S. Trustee | Andrew S. Goldstein, Chapter 7 Trustee |
   | First Campbell Square | Magee Goldstein Lasky & Sayers, PC |
   | 210 First Street, Suite 505 | PO Box 404 |
   | Roanoke, VA 24011 | Roanoke, VA 24003 |

**NO HEARING WILL BE CONDUCTED ON THIS PLEADING UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF COURT OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF VIRGINIA AND SERVED UPON THE PARTY FILING THIS PLEADING BY <u>AUGUST 26, 2020</u> UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING WILL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVCED IN A TIMELY MANAGER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

<u>PROPERTY TO BE ABANDONED AND REASON FOR ABANDONMENT</u>

1. The Debtor(s) filed their chapter 7 petition on May 25, 2018.

2. At the Debtor(s)' July 10, 2018 creditors' meeting male debtor testified that he purchased a 2015 Honda Pilot on February 2, 2018 and the Trustee determined that the lien on the vehicle was possibly avoidable.

3. After investigation of the lien and negotiations with the Debtor(s), the Trustee has determined that the property does not have any non-exempt value.

4. Andrew S. Goldstein, the Trustee reserves the right to withdraw from the proposed abandonment should circumstances require.  Requests for additional information should be directed to the trustee.

Date: August 12, 2020                          Respectfully submitted,

                ANDREW S. GOLDSTEIN, Trustee

                By: /s/ Andrew S. Goldstein
                  Chapter 7 Trustee

Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA  24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

  I certify that on this 12th day of August 2020, I served copies of the foregoing by first class mail to all persons listed upon the creditors' matrix.  I also certify that, on this same date, I electronically filed the original thereof with the United States Bankruptcy Court for the Western District of Virginia, which caused the document to be automatically delivered to all registered users of CM/ECF that have appeared in this case.

                By: /s/ Andrew S. Goldstein

3